IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christopher Darnell Wilson, #316742, | ) | C/A No. 1:17-1468-HMH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Judge Robert E. Hood, et al. in expanded cases, and Warden McFadden, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, an inmate housed at Lieber Correctional Institution, proceeding pro se, brought this action seeking habeas corpus relief under 28 U.S.C. § 2254. On June 26, 2017, the Court ordered Petitioner to pay the five dollar ($5) filing fee for a habeas corpus action or complete and return the attached Form AO 240 (application to proceed in forma pauperis), and to fully complete, sign, and return the attached § 2254 habeas petition. [ECF No. 5]. Petitioner did not respond. On July 21, 2017, the Court sent a second order asking Petitioner to fully complete, sign, and return the attached § 2254 habeas petition, and pay the five dollar ($5) filing fee for a habeas corpus action or complete and return the attached Form AO 240. [ECF No. 9]. The time for a response expired on August 11, 2017, and Petitioner did not respond. As Petitioner has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

                                                                         s/Henry M. Herlong, Jr.

Greenville, South Carolina                    Senior United States District Judge
August 15, 2017

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.